UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BENJIMAN HOLMES,

                              Plaintiff,      **ORDER**

            - against -      No. 19 CV 8962 (LJL)

THE CITY OF NEW YORK *et al*.,

                            Defendants.
---------------------------------------------------------------x

**WHEREAS** the parties appeared telephonically for an initial pre-trial conference on August 27, 2020; and

**WHEREAS** Defendant City of New York indicated its intention to file a motion to dismiss the Amended Complaint pursuant to FRCP 12(c);

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1) The parties shall brief Defendant's forthcoming motion to dismiss according to the following schedule
   a. Defendant shall file its motion to dismiss the Amended Complaint on or before October 12, 2020;
   b. Plaintiff shall file his opposition to Defendant's motion to dismiss on or before December 11, 2020.
   c. Defendant shall file its Reply on or before January 1, 2021.
2) Discovery in this matter is stayed pending the resolution of Defendant's forthcoming motion to dismiss.

2

Dated: __August 28__, 2020
New York, NY

_____
Hon. Lewis J. Liman
United States District Judge