```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BENJAMIN HOLMES,                                                  :
                                                                  :
                                   Plaintiff,                     :
                                                                  :    19-cv-8962 (LJL)
         -v-                                                      :
                                                                  :    ORDER
DEPARTMENT OF HOMELESS SERVICES, et al.,                          :
                                                                  :
                                   Defendants.                    :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      On April 9, 2021, the Court granted Defendants' motion for judgment on the pleadings and gave Plaintiff until June 9, 2021 to file an amended complaint. Plaintiff has not filed an amended complaint. Therefore, the Clerk of Court is respectfully directed to terminate the case.

      SO ORDERED.

Dated: June 10, 2021
       New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2021